MARTIN D. CHACE, Respondent, *v.* WARSAW WATER WORKS COMPANY, Appellant.

*Chace* v. *Warsaw W. W. Co.*, 79 Hun, 151, affirmed.
(Argued October 8, 1896; decided October 27, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered June 28, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee, but suspended for six months the operation of an injunction granted.

*Eugene M. Bartlett* for appellant.

*Charles D. Newton* for respondent.

Judgment affirmed, with costs, but the operation of the injunction is suspended for six months, on the opinion of BRADLEY, J., below.
All concur, except HAIGHT, J., not sitting.

---

FRANCIS H. BERGMANN et al., Respondents, *v.* HAMILTON H. SALMON et al., Executors, etc.; Appellants.

*Bergmann* v. *Salmon*, 79 Hun, 456, affirmed.
(Argued October 8, 1896; decided October 27, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered August 6, 1894, which modified and as modified affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Edward W. S. Johnston* for appellants.

*Lloyd McK. Garrison* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur.